YVETTE WEINSTEIN
Trustee In Bankruptcy
6450 Spring Mountain Rd. #14
Las Vegas, Nevada 89146
(702) 364-8919- Telephone
(702) 364-8922 - Fax

RECEIVED & FILED

'09 SEP -9 P12 :57

U.S. BANKRUPTCY COURT
MARY A. SCHOTT. CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

Majava, Clayton Charles

_____ Debtor(s)

CASE NO.: 07-18349 BAM

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk,  United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---------|-------------------|------------|------------|
| #5 | American Express Travel Related Services Co. C/O Becket & Lee LLP PO BOX 3001 Mlvern, PA 19355 | $4.94 | |

TOTAL                                                    $4.94

Dated: ___9/3/09___                    ___Yvette Weinstein___
                                                     Yvette Weinstein, Trustee

192468  #4 94